■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. MASSUCCO, Appellant. [987 NYS2d 589]—Appeal from a judgment of the Ontario County Court (William F. Kocher, J.), rendered March 21, 2012. The judgment convicted defendant,

upon his plea of guilty, of burglary in the second degree (three counts), petit larceny (two counts), grand larceny in the fourth degree (two counts) and criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Peradotto, Sconiers and DeJoseph, JJ.